IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Pamala Vincent, individually and as Representative ) <br> Of a Class of all those similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> (1) Lindsey Management Co., Inc. a/k/a Lindsey ) <br> Management Company, Inc.; ) <br> (2) Lindsey & Associates, Inc.; ) <br> (3) Lindsey & Associates Inc. of Arkansas; ) <br> (4) James E. Lindsey; ) <br> (5) Laura Wall; ) <br> (6) Jobe Patterson; ) <br> (7) Christy Patterson; ) <br> (8) The Links at Bixby Management Company, Inc.; ) <br> (9) The Links at Bixby, a Limited Partnership; ) <br> (10) The Links at Bixby, Phase II, a Limited ) <br> Partnership; ) <br> (11) The Greens at Battle Creek Management ) <br> Company, Inc.; ) <br> (12) The Greens at Battle Creek, a Limited ) <br> Partnership; ) <br> (13) The Greens at Broken Arrow Management ) <br> Company, Inc.; ) <br> (14) The Greens at Broken Arrow, a Limited ) <br> Partnership; ) <br> (15) The Greens at Broken Arrow, Phase II, ) <br> a Limited Partnership; ) <br> (16) The Greens at Broken Arrow, Phase III, ) <br> a Limited Partnership; ) <br> (17) Deer Run Apartments Management ) <br> Company, Inc.; ) <br> (18) Deer Run Apartments, a Limited Partnership; ) <br> (19) The Greens at Coffee Creek Management ) <br> Company, Inc.; ) <br> (20) The Greens at Coffee Creek , a Limited ) <br> Partnership; ) <br> (21) The Greens at Moore Management ) <br> Company, Inc.; ) <br> (22) The Greens at Moore, a Limited Partnership; ) <br> (23) The Greens at Moore, Phase II, a Limited ) <br> Partnership; ) | Case No. 12-cv-210-JHP-PJC |

{S200972;}

| | |
|---|---|
| (24) The Links at Norman Apartments Management Company, Inc.; | ) ) |
| (25) The Links at Norman; a Limited Partnership; | ) |
| (26) The Links at Oklahoma City Management Company, Inc.; | ) ) |
| (27) The Links at Oklahoma City, a Limited Partnership; | ) ) |
| (28) The Greens at Owasso Management Company, Inc.; | ) ) |
| (29) The Greens at Owasso, a Limited Partnership; | ) |
| (30) The Greens at Owasso, Phase II, a Limited Partnership; | ) ) |
| (31) The Greens at Owasso, Phase III, a Limited Partnership; | ) ) |
| (32) The Greens at Owasso, Phase IV, a Limited Partnership; | ) ) |
| (33) The Links at Stillwater Apartments Management Company, Inc.; | ) ) |
| (34) The Links at Stillwater Management Company, LLC; | ) ) |
| (35) The Links at Stillwater, a Limited Partnership; | ) ) |
| (36) The Links at Stillwater, Phase II, a Limited Partnership; | ) ) |
| (37) The Links at Mustang Creek Apartments Management Company, Inc.; | ) ) |
| (38) The Links at Mustang Creek Management Company, LLC; | ) ) |
| (39) The Links at Mustang Creek, a Limited Partnership; | ) ) |
| (40) John Does Nos. 1-20; | ) |
| Defendants. | ) ) |

## STATUS REPORT ON REMOVED ACTION

This form must be filed by the removing party at the time of filing the notice of removal or within five (5) days of the filing of the notice of removal in the U.S. District Court. ***Note:*** Additional sheets may be used as necessary.

**I.    State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

Court:  District Court for Rogers County, State of Oklahoma          Case Number:  CJ-2012-157

{S200972;}

II.   **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counter-Claimant(s), Counter-Defendant(s), Cross-Claimants), Cross-Defendant(s), Third Party Plaintiff(s), and Third Party Defendant(s) whether still pending or now termed/dismissed and indicate their party type. Also, please list the attorney(s) of record for each party and include their OBA number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney |
|---|---|---|
| Pamala Vincent | Plaintiff | R. Stratton Taylor, OBA # 10142<br>Darrell W. Downs, OBA # 12272<br>Taylor, Burrage, Foster, Mallett, Downs, Ramsey & Russell, P.C.<br>P.O. Box 309<br>400 West Fourth Street<br>Claremore, OK  74017<br>(918) 343-4100<br><br>and<br><br>Daniel D. Draper, III, OBA # 18369<br>Draper Law Office<br>P.O. Box 383<br>Owasso, OK  74055<br>(918) 272-9222 |
| Lindsey Management Co, Inc., a/k/a Lindsey Management Company, Inc., et al.[1] | Defendants | Sidney G. Dunagan, OBA #2524<br>Amy M. Stipe, OBA #18361<br>Ellen A. Adams, OBA # 21581<br>GABLEGOTWALS<br>One Leadership Square, 15th Floor<br>211 N. Robinson Ave.<br>Oklahoma City, Oklahoma 73012<br>(405) 235-5500 |

III.   **Jury Demand:**

Was a Jury Demand made in State Court?   Yes ☒ No ☐

If "*Yes,*" by which party(ies) and on what date?

---

[1] Counsel for Defendants represents all Defendants named in the above referenced case, with the exception of the "John Doe" Defendants.

{S200972;}

| Plaintiff | March 16, 2012 |
|---|---|
| Party | Date |

| | |
|---|---|
| Party | Date |

IV. **Complaints, Counter-Claims, Cross-Claims, Third-Party Complaints, Intervenor**

Petition filed March 16, 2012.

V. **Unserved Parties:**

The following parties have not been served at the time this case was removed.[2]

| Party | Reason(s) for No Service |
|---|---|
| See Document, attached hereto as Exhibit 1. | Unknown |

VI. **Answer**

Was an Answer made in State Court?    Yes ☐  No ☒

If "Yes," by which party(ies), the document answered, and on what date?

| Party | Answer To | Date Filed |
|---|---|---|
| N/A | N/A | N/A |

VII. **Nonsuited, Dismissed or Terminated Parties:**

Please list the parties who have been terminated or dismissed from the State Court action and indicate the date of termination/dismissal.

| Party | Date Termed/Dismissed |
|---|---|
| N/A | N/A |

VIII. **Remaining Claims of the Parties:**

Please list the complaint-type documents, from Section IV above, that are still pending.

| Complaint-Type Document | Filed By | Against Whom | Date Filed |
|---|---|---|---|

---

[2] No return of service documents have been filed in the District Court at the time of this filing.

{S200972;}

|   Petition    |   Plaintiff    |   Defendants     |   March 16, 2012   |

### IX. Pending Motions:

Please list all contested motions still pending in the case and indicate the filing party and date filed.

| Pending Motions | Filed By | Date Filed |
|---|---|---|
| N/A | N/A | N/A |

Signature:        /s/ Sidney G. Dunagan

Printed Name:     Sidney G. Dunagan

Bar Number:       OBA #2524

Attorney for:     Lindsey Management Co., Inc. a/k/a Lindsey Management Company, Inc., *et al*

Law Firm:         GABLEGOTWALS

Address:          One Leadership Square, 15th Floor
                  211 North Robinson Ave.
                  Oklahoma City, OK 73102

Telephone:        (405) 235-5520

## "Exhibit 1"

1. Lindsey Management Co., Inc. a/k/a Lindsey Management Company, Inc.;
2. Lindsey & Associates Inc. of Arkansas;
3. The Links at Bixby Management Company, Inc.;
4. The Links at Bixby, a Limited Partnership;
5. The Links at Bixby, Phase II, a Limited Partnership;
6. The Greens at Battle Creek Management Company, Inc.;
7. The Greens at Battle Creek, a Limited Partnership;
8. The Greens at Broken Arrow Management Company, Inc.;
9. The Greens at Broken Arrow, a Limited Partnership;
10. The Greens at Broken Arrow, Phase II, a Limited Partnership;
11. The Greens at Broken Arrow, Phase III, a Limited Partnership;
12. Deer Run Apartments Management Company, Inc.;
13. Deer Run Apartments, a Limited Partnership;
14. The Greens at Coffee Creek Management Company, Inc.;
15. The Greens at Coffee Creek , a Limited Partnership;
16. The Greens at Moore Management Company, Inc.;
17. The Greens at Moore, a Limited Partnership;
18. The Greens at Moore, Phase II, a Limited Partnership;
19. The Links at Norman Apartments Management Company, Inc.;
20. The Links at Norman; a Limited Partnership;
21. The Links at Oklahoma City Management Company, Inc.;
22. The Links at Oklahoma City, a Limited Partnership;
23. The Greens at Owasso Management Company, Inc.;
24. The Greens at Owasso, a Limited Partnership;
25. The Greens at Owasso, Phase II, a Limited Partnership;
26. The Greens at Owasso, Phase III, a Limited Partnership;
27. The Greens at Owasso, Phase IV, a Limited  Partnership;
28. The Links at Stillwater Apartments Management Company, Inc.;
29. The Links at Stillwater Management Company, LLC;
30. The Links at Stillwater, a Limited Partnership;
31. The Links at Stillwater, Phase II, a Limited Partnership;
32. The Links at Mustang Creek Apartments Management Company, Inc.;
33. The Links at Mustang Creek Management Company, LLC;
34. The Links at Mustang Creek, a Limited Partnership;
35. John Does Nos. 1-20

{S200972;}