**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| PAMALA VINCENT, individually and as representative of a Class of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSEY MANAGEMENT CO., INC. A/K/A LINDSEY MANAGEMENT COMPANY, INC.; ET AL.<br><br>Defendants. | Case No. 12-CV-210-JHP-PJC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Pamala Vincent, individually and as representative of a class of all those similarly situated, and Defendant, Lindsey & Associates, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate that this case is dismissed with prejudice as to Defendant, Lindsey & Associates, Inc., only.

*/s/ R. Stratton Taylor, OBA #10142*
R. Stratton Taylor, OBA #10142
Email: staylor@soonerlaw.com
Darrell W. Downs, OBA #12272
Email: ddowns@soonerlaw.com
TAYLOR, BURRAGE, FOSTER, MALLETT,
  DOWNS, RAMSEY & RUSSELL, P.C.
P.O. Box 309
400 West Fourth Street
Claremore, OK 74017
Telephone:     (918) 343-4100
Facsimile:     (918) 343-4900
        and
Daniel D. Draper, III, OBA #18369
Email: ddraper@draperlawok.com
DRAPER LAW OFFICE
P.O. Box 383
Owasso, OK   74055
Telephone:   (918) 272-9222
Facsimile:    (918) 289-2580
*Attorneys for Plaintiff*

*/s/ Sidney G. Dunagan, OBA #2524*
Sidney G. Dunagan, OBA #2524
Amy M. Stipe, OBA #18361
GableGotwals
211 North Robinson, 15th Floor
Oklahoma City, OK   73102
Telephone:     (405) 235-5500
Facsimile:     (405) 235-2875
*Attorneys for Defendant,
Lindsey & Associates, Inc.*