# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Pamala Vincent,

                          Plaintiff(s),        Case Number: 12-CV-210-JHP-PJC

vs.                                              Proceeding: Scheduling Conference

Lindsey Management,                         Date: 9-4-2012

                         Defendant(s).      Court Time: 10:00 a.m.

### MINUTE SHEET

James H. Payne, U.S. District Judge        P. Lynn, Deputy Clerk        No Reporter

Counsel for Plaintiff: Dan Draper, Stratton Taylor

Counsel for Defendant: Amy Stipe, Sid Dunagan

Minutes: Case called for Scheduling Conference. Case discussed. Scheduling discussed.

Motion for summary judgment due 10/5/12

Defendants to notify court by 10/15/12 re: discovery deadline and/or response and reply deadlines

After ruling on the motion for summary judgment, court will have additional scheduling conference to discuss class action issue.

Court Time

10:30-11:20