# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

PAMELA VINCENT,

                      Plaintiff,

vs.                                      Case Number: 12-cv-210-JHP-PJC

LINDSEY MANAGEMENT CO., INC., et al.,

                      Defendants.

### MINUTE ORDER

At the direction of Paul J. Cleary, U.S. Magistrate Judge, it is hereby ordered that:

      Defendant's Motion for Protective Order (Dkt. # 22) is denied without prejudice, because it does not comply with this Court's policy regarding Protective Orders. The defendant is directed to follow the procedures outlined on this court's website - Courtrooms/Judges - Magistrate Judges - Protective Order. Defendant may re-file its motion as long as it is compliant with the above procedures..

                                                Phil Lombardi,
                                                Clerk of Court, United States District Court


                                                /s/ K. Perkins
                                                By: K. Perkins, Deputy Clerk