## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Pamala Vincent, individually and as Representative )<br>Of a Class of all those similarly situated, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>Lindsey Management Co., Inc., *et al.*, )<br> )<br> Defendants. )<br>_____ ) | Case No. 12-cv-210-JHP-PJC |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Pamala Vincent, individually and as representative of a class of all those similarly situated, and Defendant, Lindsey and Associates, Inc., of Arkansas, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate that this case is dismissed without prejudice as to Defendant, Lindsey and Associates, Inc., of Arkansas, only.

*s/ R. Stratton Taylor, OBA #10142*
R. Stratton Taylor, OBA # 10142
Email: staylor@soonerlaw.com
Darrell W. Downs, OBA #12272
Email: ddowns@soonerlaw.com
Taylor, Burrage, Foster, Mallett,
Downs, Ramsey & Russell, P.C.
P.O. Box 309
Claremore, Oklahoma 74018
Telephone: 918/343.4100
Facsimile: 918/343.4900
          and
Daniel D. Draper, III, OBA #18369
Email: ddraper@draperlawok.com
Draper Law Office
P.O. Box 383
Owasso, OK  74055
Telephone:   (918) 272-9222
Facsimile:   (918) 289-2580
*Attorneys for Plaintiffs*

s/Sidney G. Dunagan, OBA # 2524
Sidney G. Dunagan, OBA #2524
Amy M. Stipe, OBA #18361
GableGotwals
211  North Robinson, 15th  Floor
Oklahoma City OK 73102
Telephone:    (405) 235-5500
Facsimile:    (405) 235-2875
sdunagan@gablelaw.com
astipe@gablelaw.com
*Attorneys for Defendant*
*Lindsey and Associates, Inc. of*
*Arkansas*

{S205970;}